*G. Molina* for petitioner. *Mr. Earle T. Fiddler* for respondents.

No. 195. KILLOREN, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker* and *Harry S. Gleick* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Miss Louise Foster* for the United States.

No. 202. NEW AMSTERDAM CASUALTY Co. *v.* MIAMI CONSERVANCY DISTRICT. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Byron B. Harlan* for petitioner. *Mr. Andrew U. Thomas* for respondent.

No. 203. RYAN ET AL., TRADING AS KEYSTONE TRANSFER Co., *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. October 13, 1941. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Harold S. Shertz* for petitioners. *Messrs. Claude T. Reno,* Attorney General of Pennsylvania, and *Harry M. Showalter* for respondent.

No. 204. MEYER ET AL. *v.* KENMORE-GRANVILLE HOTEL Co. ET AL. October 13, 1941. Petition for writ of certiorari to the Appellate Court, First District, of Illinois denied. *Mr. Meyer Abrams* for petitioners. *Mr. Claude A. Roth* for respondents.